Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO; MARY BAXLEY dba SARDINE CAN;<br><br>　　　　Defendants. | No. 2:18-cv-00121-MCE-GGH<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

Pursuant to the stipulation of the parties and good cause having been shown, it is hereby ordered that this action is DISMISSED with prejudice in its entirety, each party shall to bear own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE